# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | COCOPAH NURSERIES OF ARIZONA, INC. |
| **Case Number:** | 0:12-bk-15292-EWH    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 22, 2013 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | ANNETTE AGUILAR |

## Matters:

1) HEARING ON PLAN CONFIRMATION
   R / M #:   515 / 0

2) HEARING ON MOTION FOR PAYMENT OF ADMINISTRATIVE MAINTENANCE FEES, ADEQUATE PROTECTION, AND REQUEST FOR RELATED RELIEF FILED BY LATIN LADY RANCH LLC FILED BY SCOTT R. GOLDBERG ON BEHALF OF LATIN LADY RANCH, LLC .
   R / M #:   533 / 0

## Appearances:

CRAIG D. HANSEN, ATTORNEY FOR COCOPAH NURSERIES OF ARIZONA, INC.
BRADLEY A COSMAN, ATTORNEY FOR COCOPAH NURSERIES OF ARIZONA, INC.
TRACY S. ESSIG, ATTORNEY FOR CALIFORNIA STATE BOARD OF EQUALIZATION
CODY J. JESS, ATTORNEY FOR LATIN LADY RANCH, LLC
MICHAEL A. JONES, ATTORNEY FOR OFFICIAL JNT COMMITTEE/UNSC CREDITORS
JARED G. PARKER, ATTORNEY FOR COACHELLA VALLEY WATER DISTRICT
JASON Y. MOYES, ATTORNEY FOR ELECTRICAL DISTRICT NO. 8
MICHAEL SCOTT NEUMEISTER, ATTORNEY FOR HOWARD P. MARGULEAS (T)
MALCOLM DAVID MINNICK, ATTORNEY FOR WELLS FARGO
WYNNE GREGORY DAY, ATTORNEY FOR CA. STATE BOARD OF EQUALIZATION (T)
LORIE A BALL & HOWARD WEG, ATTORNEY FOR COUNSEL FOR GUARANTORS (T)
SUSAN G BOSWELL, ATTORNEY FOR WELLS FARGO BANK, N.A
MICHAEL W. CARMEL, ATTORNEY FOR JEWEL DATE COMPANY, INC.
PAUL SALA, ATTORNEY FOR OFFICIAL JNT COMMITTEE/UNSC CREDITORS
CHRISTOPHER GRAVER, ATTORNEY FOR HD BERGEN FAMILY TRUST
S. CARY FORRESTER, ATTORNEY FOR RABOBANK, N.A.
VISHNU JONNALAGADDA, ATTORNEY FOR FARM CREDIT SERVICES SOUTHWEST, PCA
MICHAEL SCHOECK/REPORTER-MIDDLE MARKETS

Case 0:12-bk-15292-EWH    Doc 581    Filed 04/22/13    Entered 04/23/13 14:42:54    Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 0:12-bk-15292-EWH                MONDAY, APRIL 22, 2013 01:30 PM

## *Proceedings:*

ITEM #1

A discussion ensues regarding the plan support documents and whether they are in final form. A copy of the planned agenda is presented to the court by Mr. Cosman. It is requested that the declaration of Stanley Speer be admitted as direct testimony, which the court so admits.

Mr. Jess confirms that agreement has been reached, stating that they are simply awaiting signatures.

THE COURT: COUNSEL MAY CONTACT CHAMBERS AND THE LAW CLERK WHEN THE DOCUMENTS ARE COMPLETED AND AN UPLOADED ORDER WILL BE SIGNED. A FINAL HEARING, SET IN PHOENIX, ON PLAN CONFIRMATION, WILL BE CONDUCTED ON MAY 29, 2013 AT 2:30 P.M. THE DEADLINE FOR ANY FILING IS SET FOR MAY 21, 2013.

ITEM #2

Mr. Cosman relates that the professionals have agreed to a reduction and a deferred compensation. The ballot voting, along with plan treatment is additionally discussed.

Case 0:12-bk-15292-EWH    Doc 581    Filed 04/22/13    Entered 04/23/13 14:42:54    Desc
Main Document    Page 2 of 2

04/23/2013    2:42:35PM