Craig D. Hansen (AZ Bar No. 007405) craig.hansen@squiresanders.com
Brian M. McQuaid (AZ Bar No. 019541) brian.mcquaid@squiresanders.com
Bradley A. Cosman (AZ Bar No. 026223) bradley.cosman@squiresanders.com
**SQUIRE SANDERS (US) LLP**
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
(602) 528-4000

Counsel to Debtors-In-Possession

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>COCOPAH NURSERIES OF ARIZONA, INC., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11 Cases<br>Case No. 0:12-bk-15292-EWH<br>(Jointly Administered)<br><br>**STATUS REPORT REGARDING CONTINUED CONFIRMATION HEARING** |
| This Filing Applies to:<br>　■　All Debtors<br>　❒　Specified Debtors | Hearing Date: August 16, 2013<br>Hearing Time: 9:30 a.m. |

On June 28, 2013, the Court held a hearing (the "June Confirmation Hearing" concerning confirmation of the *Debtors' Second Amended Joint Plan of Reorganization* dated March 4, 2013 [D.E. 513] (the "**Plan**").[2] At that hearing, the parties presented their respective positions regarding a limited subset of unresolved issues that related to the form of various Plan implementation documents, and the Court made rulings resolving those issues. Since that June hearing, the Debtors, Affiliate Borrowers, Rabobank and Wells Fargo have worked together to modify the various Plan implementation documents accordingly.

As noted in the summaries below, it appears that revised drafts and information will be circulated by Rabobank and Wells Fargo prior to the continued confirmation hearing being held

---

[1] The Debtors, together with the last four digits of each debtor's federal tax identification are: Cocopah Nurseries of Arizona, Inc. (6117) ("**Cocopah AZ**"); Wm. D. Young & Sons, Inc. (0907) ("**WDY**"); Cocopah Nurseries, Inc. (2955) ("**Cocopah CA**"); William Dale Young & Sons Trucking and Nursery (1652) ("**Trucking**"); and The Young Family Trust Established August 26, 1987 (9675) ("**Young Trust**").

[2] Capitalized terms not otherwise described in this Status Report retain the definition ascribed to them in the Plan.

this Friday, August 16, 2013. There certainly is the chance that the forthcoming drafts will definitively resolve the few remaining open issues. In the meantime, however, the Debtors file this Status Report to appraise the Court on the parties' efforts following the June confirmation hearing, and the current status of documentation.

*Financial Reporting & Audits*

One of the more contentious issues at the June hearing concerned the appropriate extent of audit and financial reporting obligations under the "Master Loan Agreement." Following the Court's ruling on those issues, the Debtors conducted a detailed auditor search, soliciting proposals from seven accounting firms (including two firms proposed by Wells Fargo). After analysis of the proposals and with support from Wells Fargo and Rabobank, the Debtors have engaged the Tucson based firm of Keegan, Linscott & Kenon PC ("**KLK**") to act as the Auditing Firm as defined in the Master Loan Agreement.

During the solicitation process, all of the auditors, including KLK, noted that their willingness to act as auditor would require removal of certain audit-related provisions from the draft Master Loan Agreement. Specifically, the auditors informed the Debtors that the provisions of the Master Loan Agreement which required an unqualified opinion and a statement from the auditor attesting to events of default were untenable and not otherwise consistent with market provisions regarding the scope and duties of independent accounting firms. The requirement of an unqualified opinion was untenable here because of the Debtors' post-confirmation reliance on third-party financing from affiliated entities as discussed in the Disclosure Statement. And the requirements concerning statements about potential or actual events of default were untenable because such provisions were overly broad and outside the permissible scope of an audit.

Accordingly, on July 30, 2013, the Debtors drafted and circulated modified language to the Master Loan Agreement which removed the requirement of an unqualified opinion, and

removed the overly broad requirement that the auditor attest to events of default. The Debtors believe Rabobank has no objection to the Debtors' proposed language, but as of the filing of this Status Report Wells Fargo has not yet provided responsive comments on this issue.

*Inspection Costs*

At the June confirmation hearing, the Debtors understood the Court to have adopted the Debtors' position on this issue. That is, the Debtors would only be obligated to pay for one annual inspection, regardless of whether that inspection was done by one of the lenders or a third party. Wells Fargo may, however, have a different understanding; drawing a distinction between an obligation to pay for the lender's internal inspection costs, and an obligation to pay third-party inspection costs. The Debtors understand that Wells Fargo is preparing and will circulate proposed language that may avert a potential continuing dispute on this issue.

*Affiliate Borrower Resolutions & Loan Document Status*

At the June confirmation hearing, Wells Fargo, Rabobank, and the Affiliate Borrowers successfully negotiated resolutions to various issues concerning provisions of the loan documentation. At that time, the parties reached agreements in principal on a number of issues, including the scope of Affiliate Borrower excluded property, the application of certain negative covenants, and related issues.

Following the June confirmation hearing, the Lenders circulated revised drafts of the loan documents, including language addressing the resolutions. The Affiliate Borrowers then prepared and circulated clean and redlined drafts of certain of the loan documentation in response. The Affiliate Borrowers circulated the revised drafts on July 31st. Wells Fargo and Rabobank have not yet responded to the responsive drafts circulated by the Affiliate Borrowers, however, Wells Fargo and Rabobank have communicated this week that they intend to circulate further revised drafts soon.

In addition to revised drafts of the actual loan documents, the Affiliate Borrowers and Debtors circulated drafts of the numerous accompanying schedules on August 9th and 13th. As Wells Fargo and Rabobank are reviewing the draft schedules, the parties are continuing to work together to finalize the small handful of outstanding exhibits, forms, and information contemplated under the Master Loan Agreement. These exhibits, forms, and information include, among other things, identification of the administrative/collateral agent, provision of the administrative/collateral agent's fee letter, quantification and support for the Lenders' claim amounts, and forms of various required certificates. The Debtors have requested and are awaiting drafts of many of these exhibits, forms, and information, and Rabobank and Wells Fargo have indicated drafts will be circulated shortly.

*Harkins' Renewed Objection to the Security Agreement*

As set forth in the *Revised Objection to Security Agreement Related to Debtors' Second Amended Joint Plan of Reorganization* (the "**Harkins Objection**") [D.E. 727] filed on July 16, 2013, Harkins Road Building Limited Partnership ("**Harkins**") objects to the revised form of security agreement as revised and proposed by the Debtors and Rabobank following the June 28th hearing. The Debtors and Rabobank have substantively briefed their joint response to the Harkins Objection in the *Joint Reply of the Debtors and Rabobank to Harkins Road's Revised Objection to Security Agreement Related to Debtors' Second Amended Joint Plan Of Reorganization* [D.E. 734].

## CONCLUSION

Negotiation of the plan support documents has taken longer than parties anticipated due to the number of parties involved and complexities of the contemplated transaction. The Debtors are optimistic that the anticipated revised drafts and information to be circulated by Rabobank and Wells Fargo prior to the continued confirmation hearing being held this Friday, August 16, 2013 will help finalize this transaction. The Debtors will be prepared to discuss the status of the plan documentation process and answer any other questions the Court has with respect thereto at the continued confirmation hearing.

Dated August 15, 2013.

**SQUIRE SANDERS (US) LLP**

By: */s/ Bradley A. Cosman*
     Craig D. Hansen
     Brain M. McQuaid
     Bradley A. Cosman
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000

Counsel to the Debtors-In-Possession

A copy of the foregoing has been
Emailed to the parties listed below
this 15th day of August, 2013:

| Name | Email |
|---|---|
| Latin Lady Ranch LLC | georgewjeffrey@gmail.com |
| Law Office of Gregory R. Oleson | goleson@lbbslaw.com |
| Michael W. Carmel | Michael@mcarmellaw.com |
| RaboBank, N.A. | ritkin@steptoe.com; ema@steptoe.com |
| RaboBank, N.A. | scf@forresterandworth.com |
| Urena Farm Labor | urena.ismael@gmail.com |
| Wells Fargo, N.A. | john.harris@quarles.com |
| | susan.boswell@quarles.com |
| Wells Fargo, N.A. | dminnick@pillsburylaw.com |
| Yuma Mesa Fruit Growers Assoc. | rmesaymfg@aol.com |
| Farm Credit Services El Centro Branch | bill.collins@fcssw.com |
| Brian M. Lewis | brian.lewis@lawlewis.com |
| U.S. Trustee | USTPRegion14.PX.ECF@USDOJ.GOV |
| Christopher Pattock | christopher.J.pattock@usdoj.gov |
| Tamalyn E. Lewis | tlewis@rhlfirm.com |
| Farm Credit Services Southwest, PCA | |
| | vjonna@rhlfirm.com |
| APS | jim@jimknellerlaw.com |
| San Diego Gas & Electric Company | jim@jimknellerlaw.com |
| Southern California Edison Company | |
| Robert M. Gagnon | rmgagnon1@msn.com |
| | jimoyes@law-msh.com |
| Jason Y. Moyes | jason.moyes@law-msh.com |
| Howard P. Maguleas | tstolman@stutman.com |
| | mneumeister@stutman.com |
| | hpmarguleas@agaccountingllc.com |
| Sun Date, LLC | gswajian@swajianlaw.com |
| | dswajian@swajianlaw.com |
| Coachella Valley Water District | jparker@dmylphx.com |
| Jensen Family Trust/Oasis Ranch Management, Inc. | dennis@seaviewsales.com |
| Foster-Gardner, Inc. | mitch@foster-gardner.com |
| Coachella Valley Water District | kgodbey@cvwd.org |
| | rgalli@cvwd.org |
| McKeever Waterwell & Pump Service, Inc. | mckeeverwaterwell@msn.com |
| Kenny Strickland, Inc. | lourdes@kennystrickland.com |
| Stanley Speer | speerassoc@sbcglobal.net |
| Unsecured Creditors Committee | psala@asbazlaw.com |
| Allen, Sala & Bayne, PLC | mjones@asbazlaw.com |
| Maricopa County Treasurer | LewisL01@mcao.maricopa.gov |
| Wells Fargo Bank N.A. | matthew.walker@pillsburylaw.com |

| | |
|---|---|
| Latin Lady Ranch | ecfdocket@swazlaw.com |
| Howard P. & Ardith B. Marguleas & Marguleas Family Holdings | tstolman@stutman.com mneumeister@stutman.com |
| AT&T | jg5786@us.att.com |
| California State Board of Equalization | john.waid@boe.ca.gov gregory.day@boe.ca.gov |
| California State Board of Equalization | tracy@tessiglaw.com |
| AG Accounting | |
| Finance Outsource Services, LLC | jbarkley@financeoutsourcellc.com |
| American Rigging & Supply | sales@americanriggingsd.com |
| Animal Health International, Inc. | cecelia.pool@animalhealthinternational.com |
| Anthony Vineyards, Inc. | paloeffel@anthonyvineyards.com |
| AT&T Mobility | jg5786@us.att.com |
| Bart Kubelka | docblue9@yahoo.com |
| Bonnett Irrigation Inc. | briancorbin425@yahoo.com |
| California Funding | mnavarro@calfund.net |
| Coachella Valley Engineers | gberdan@cve.net |
| Compton Ag. Services | llacy@fertizona.com |
| Crop Production Services | kevin.mindock@cpsagu.com |
| Discover Bank | mrdiscpc@discover.com |
| Fertizona-Buckeye, LLC | llacy@fertizona.com |
| Fiesta Ford Lincoln | pdahlberg@fiestaford.com |
| Godecke Clark | christinam@godeckeclark.com |
| Helena Chemical Company | sciacquaw@helenachemical.com |
| High Tech Irrigation | betty@hightechirrigation.com |
| Joseph A. Gibbs & Associates | jag@jagibbs.com |
| McKeever Water Well & Pump Svc., Inc. | mckeeverewaterwell@msn.com |
| O Rings & Things | brenda@oringsandthings.com |
| Oasis Ranch Management, Inc. | dennis@seaviewsales.com |
| Pacific Bell Telephone Company | jg5786@us.att.com |
| Paramount Citrus Packing Company | lwelch@paramountcitrus.com |
| Pete's Road Service, Inc. | ggalanakis@petesrs.com |
| Praxair Distribution, Inc. | wendy.finnegan@rms-iqor.com |
| Snakebite Leasing dba Sellers Petroleum | daves@sellerspetroleum.com |
| Stanley & Callie Spilman | tom@elcajonlaw.com |
| The Travelers Indemnity | sjmarino@travelers.com |
| Top Hand Safety | tophandsafety@windstream.net |
| Verizon | verizonlegal@afni.com |
| Wright Family Ranches & Richert Family Partnership | jwrightpim@aol.com |
| Harkins Road Limited Partnership | ecfdocket@swazlaw.com |
| HD Bergen Family Trust | cgraver@stinson.com |
| NRG Solar/US Solar | snguyen@reedsmith.com |
| Nussbaum Family Ltd. Partnership and Vernon Bradley Nussbaum | ronald.roach@dlapiper.com |
| Nussbaum Family Ltd. Partnership and Vernon Bradley Nussbaum | kurt.ramlo@dlapiper.com |

| | |
|---|---|
| Charles Leimbach | rleimbach@verizon.net |
| Rex C. Nowlan | rex.nowlan@azag.gov |
| Tamalyn E. Lewis | tlewis@rhlfirm.com |
| Samuel S. Cavior | samuel.cavior@pillsburylaw.com |
| Christopher R. Mirick | christopher.mirick@pillsburylaw.com |
| | hweg@peitzmanweg.com |
| | lball@peitzmanweg.com |
| Guarantors/Affiliate Borrowers | sgan@mcrazlaw.com |
| A. John W. Campbell | campbell@campbell-lutyens.com |
| Jill Garfinkle Bennett | Bennett.jill@rocketmail |
| | Jill.bennett12@yahoo.com |
| Jodi (Garfinkle) and Chris Pritchard | pritchardclan@yahoo.com |
| | Chris.Pritchard@mossadams.com |
| Joel Garfinkle | joel@dreamjobcoaching.com |
| David Pinsent | David.pinsent@wanadoo.fr |